HENRY W. YATES, APPELLEE, v. CITY OF OMAHA ET AL., APPELLANTS.

FILED SEPTEMBER 21, 1899.   No. 8969.

Statutes: MUNICIPAL CORPORATIONS: SPECIAL ASSESSMENTS: INJUNCTION.

APPEAL from the district court of Douglas county. Heard below before POWELL, J.   *Affirmed.*

56

*W. J. Connell* and *Lee S. Estelle,* for appellants.

*George W. Doane, contra.*

HARRISON, C. J.

It is stipulated that the decision in this cause shall be governed by that in the case of *Doane v. City of Omaha,* 58 Neb. 815, in which an opinion is filed of this date. The decree of the district court is

AFFIRMED.